UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SANTOS LUIS OLIVERA,           |

                |
        Petitioner,        |

                |         MEMORANDUM & ORDER
      -against-          |

                |         00 CV 1212 (CBA)
JOHN P. KEANE, Superintendent,     |

                |
        Respondent.     |
--------------------------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE

       Petitioner Santos Luis Olivera ("Olivera"), pro se, has filed a motion for reconsideration of

this Court's March 24, 2005 Order pursuant to Rule 60(b).  In its Order, this Court held that

Olivera's petition for habeas corpus relief constituted a second or successive petition because it

had previously been adjudicated on the merits in the Southern District and that therefore, this

Court could not consider it absent authorization from the Court of Appeals.  This Court further

noted that, because Olivera had already made an application for permission to file a second or

successive habeas petition before the Second Circuit, it was unnecessary to transfer his petition to

that Court.  On the same day that this Court issued the Order in question, the Second Circuit

denied Olivera's application to file a second or successive habeas petition on the grounds that

Olivera failed to meet the requirements of 28 U.S.C. § 2244(b) and the standard that existed before

the Anti-Terrorism and Effective Death Penalty Act.

       Olivera now asks this Court to reconsider its decision not to transfer his habeas to the

Second Circuit.  Petitioner appears to argue that he has made a prima facie showing before this

Court that he has complied with the requirements of § 2244(b) and that it would thus be unfair not

to transfer the petition to the Circuit.  However, petitioner provided the Second Circuit with

substantially the same documents and arguments which he alleges made out a showing before this

Court.   In light of the fact that, after a review of his application, the Second Circuit determined that Olivera failed to meet the requirements of 28 U.S.C. § 2244(b), a transfer of the present petition to the Second Circuit would be duplicative.  Accordingly, petitioner's motion for reconsideration is denied.

      SO ORDERED

Dated: Brooklyn, New York
      April 18, 2005

                              Carol Bagley Amon
                              United States District Judge